HARRY NEWGOLD, Respondent, v. CLIFTON M. MILLER and Others, Appellants, Impleaded with Others, Defendants.— Judgment, so far as appealed from, unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict of the jury on the special questions was contrary to the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

HARRY NEWGOLD, Respondent, v. CLIFTON M. MILLER and Others, Appellants, Impleaded with Others, Defendants.— The judgment establishing plaintiff's ownership of the stock (ante, p. 1005, decided herewith) having been reversed and ·a

new trial ordered, this order is reversed, with twenty dollars costs and disbursements, and the motion denied, without prejudice to a renewal, if and when plaintiff establishes his ownership of the stock. In so ruling we do not wish to indicate that the order, in so far as it granted discovery, was proper, or that the examination should have been as broad as ordered, or be allowed as to all defendants at one time. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.